E-FILED
Wednesday, 09 November, 2005 03:02:05 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

SHAWN ROBINSON )
)
**Plaintiff/Petitioner,** )
)
vs. )   CASE NO. 05-2251
WARDEN CHAMBERS, OFFICER ATWOOD, )
OFFICER CUNNINGHAM, )
**Defendant(s)/Respondent.** )

FILED
NOV 0 9 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, SHAWN ROBINSON, am (check one) the [x] plaintiff [ ] petitioner [ ] defendant in the above-entitled proceeding, and I am unable to afford the services of an attorney. I ask the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I state that I have made the following attempts to retain counsel to represent me in this proceeding: I wrote to several legal groups and no response.

3. In further support of my motion, I declare (check appropriate box):

    [x] I am not currently, nor previously have I been, represented by an attorney appointed by this Court in this or any other civil or criminal proceeding pending before this Court.

    [ ] I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) set forth on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

    [x] An application to proceed in forma pauperis with this case is attached to this motion; it accurately describes my financial status.

    [ ] I have previously filed an application to proceed in forma pauperis with this case; the information contained therein remains a true and correct representation of my financial status.

    [ ] I have previously filed an application to proceed in forma pauperis with this case, but my financial circumstances have changed. I attach an amended application detailing my current financial status.

    [x] (Optional; check only if applicable) I attach an affidavit setting forth special facts to explain why I am unable to pursue this case without counsel.

5. I declare under penalty that the foregoing is true and correct.

11-3-2005
Date

Shawn Robinson
Movant's Signature

P.O. Box-900
Street Address

Ina  ill  62846
City    State   Zip

5. Plaintiff would be unable to properly defend himself from questioning of legal matters that an attorney appointed by this Honorable court can do.

FURTHER AFFIANT SAYETH NOT.

SUBSCRIBED AND SWORN TO BEFORE ME THIS 3rd DAY OF Nov., 2005.

*Shawn Robinson*
Shawn Robinson
Box 900
Ina, Il. 62846

NOTARY PUBLIC
"OFFICIAL SEAL"
Jennifer L. Wilson
Notary Public, State of Illinois
My Commission Exp. 07/31/2008

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| SHAWN ROBINSON ) | |
| Plaintiff, ) | |
| V. ) | Case No._____ |
| WARDEN CHAMBERS, et al., ) | |
| Defendants. ) | |

### A F F I D A V I T

NOW COMES SHAWN ROBINSON, pro se, and being first duly sworn upon oath do hereby state that:

1) Plaintiff is not educated in any court proceeding, procedure, do's and dont's.

2. Fundamental fairness would be best served if Plaintiff is represented by an attorney who could present the Plaintiff's issues in a legal sense, such as the Assistant Attorney General will surely do.

3. To keep Plaintiff's incompetence of courtroom procedure from harming Plaintiff, and the issues of the complaint.

4. Plaintiff has a meritorious claim and has never filed a claim at any time prior to this case.

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| SHAWN ROBINSON ) | |
| Plaintiff, ) | Case No 05-2251 |
| v. ) | |
| WARDEB CHAMBERS et al., ) | |
| Defendants. ) | |

FILED
NOV 0 9 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

MOTION FOR

APPOINTMENT OF COUNSEL

NOW COMES PLAINTIFF, Shawn Robinson, pro se, to request the appointment of legal counsel at thecase before this Honorable Court.

Plaintiff has no legal experience and has relied on prisoner helpers to draft this complaint who have no para legal type certifications.

Plaintiff prays the Honorable Court will grant appointment of counsel and submits the following sworn affidavit.

Signed before us this
3rd Day of Nov., 2005,

Shawn Robinson

"OFFICIAL SEAL"
Jennifer L. Wilson
Notary Public, State of Illinois
My Commission Exp. 07/31/2008

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

SHAWN ROBINSON                )
          Plaintiff,          )        Case No. _____
V.                            )
WARDEN CHAMBERS, et al.,      )
          Defendants.         )

NOTICE OF FILING

Clerk
U.S. District Court
Central District Of Illinois
Urbana Division
201 S. Vine, 218 U.S. Courthouse
Urbana, Illinois  61801

please take notice that on __11-3__, 2005, one original and three copies of 42 U.S.C. § 1983 was deposited in the Big Muddy River Correctional Center mail by handing it to a Big Muddy River Correctional Center employee, Box 900, Ina, Illinois, 62846.

Respectfully,

*Shawn Robinson*
Shawn Robinson
Box 900
Ina, Il. 62846

CERTIFICATE OF SERVICE

The Undersigned, hereby states that one original and three copies of the foregoing was mailed at the above address by placing it in the Big Muddy River Correctional Center mail, via a Big Muddy River Correctional employee.

*Shawn Robinson*
Shawn Robinson

Signed before me this 3rd Day of Nov. 2005

"OFFICIAL SEAL"
Jennifer L. Wilson
Notary Public, State of Illinois
My Commission Exp. 07/31/2008