# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### AT URBANA
### VIDEO WRIT

| CASE NAME:<br><br>SHAWN ROBINSON v JOHN CHAMBERS, ET AL | CASE NO.<br><br>05-2251 | Beginning Date of Trial:<br>11/17/2005 | Type of Trial:<br><br>Length of Trial: days |
|---|---|---|---|

**TO: THE WARDEN OF BIG MUDDY RIVER CORR CENTER**

   WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

### PERSONS TO APPEAR BY VIDEO
### ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
|  |  |  |  |  |
| Shawn Robinson | B 33802 | BIG MUDDY | 11/17/2005 | 2:00 - 2:30 |
| Judge Baker | N/A | URBANA COURTROOM 1 | 11/17/2005 | 2:00 - 2:30 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Dated: November 9, 2005

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY: _____s/K. Wynn_____
        DEPUTY CLERK

cc: Shawn Robinson