# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | |
|---|---|
| SHAWN ROBINSON, ) | |
|          Plaintiff, ) | |
| v. ) | |
| ) | |
| JOHN CHAMBERS, sued as ) | |
| Warden Chambers, D ATWOOD, sued as ) | Case No. 05-2251 |
| Officer D. Atwood, and ) | |
| CUNNINGHAM, sued as Officer ) | |
| Cunningham, ) | |
|          Defendants. ) | |

## ORDER

The documents recently submitted to the court does not comply with the rules of this court.

The complaint is not accompanied by completed U.S. Marshal service forms (USM-285). The plaintiff must fill out a marshal's form for each defendant being sued, in this case three forms. The clerk is directed to provide the plaintiff with three blank forms.

Accordingly, **IT IS ORDERED** that the filer has thirty (30) days to correct the noted deficiency. Failure to comply with this order will result in the document being stricken and/or denial of leave to proceed *in forma pauperis* and summary dismissal of the case.

ENTER this 10th day of November, 2005.

                                            s/ DAVID G. BERNTHAL
                                            U.S. MAGISTRATE JUDGE