UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| SHAWN ROBINSON, ) | |
|                             Plaintiff, ) | |
| v. ) | |
| ) | |
| JOHN CHAMBERS, sued as ) | |
| Warden Chambers, D ATWOOD, sued as ) | Case No. 05-2251 |
| Officer D. Atwood, and ) | |
| CUNNINGHAM, sued as Officer ) | |
| Cunningham, ) | |
|                           Defendants. ) | |

## SCHEDULING ORDER

Plaintiff, **Shawn Robinson**, an inmate at **Big Muddy Correctional Center** in Ina, Illinois, has submitted a Complaint and seeks leave to proceed without prepayment of fees and costs pursuant to 28 U.S.C. §1915.

This Court previously entered a Prepayment Order (#7) directing the payment of a **$3.23** partial initial fee. **That payment has been received.** The agency having custody of Plaintiff shall follow this Court's previous order to make monthly payments of 20 percent of the preceding month's income credited to Plaintiff's account and forward these payments from Plaintiff's account to the Clerk of Court each time Plaintiff's account exceeds $10, until the statutory filing fee is paid in its entirety. The filing fee collected shall not exceed the statutory filing fee of $250.

**THEREFORE, IT IS ORDERED** that Plaintiff's motion for leave to proceed *in forma pauperis* **(#1)** is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall prepare for the Defendant: 1) a Notice of Lawsuit and Request for Waiver of Service of Summons; and 2) a Waiver of Service of Summons. The Clerk is directed to mail said forms to the Defendant's work address or employer address as provided by Plaintiff. If Defendant fails to sign and return the Waiver to the Clerk within 30 days from the date said forms were sent, the Court will take appropriate steps to effect formal service on the Defendant and will require the Defendant to pay the full costs of formal service, to the extent authorized by the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that, with respect to a Defendant who no longer can be found at the address provided by Plaintiff, the Correctional Center shall furnish the Clerk with the Defendant's current work address, or, if not known, the Defendant's last-known address. This information shall be used only for sending the Notice and Waiver as directed above, or for

formally effecting service. Any documentation of the address shall be retained only by the Clerk. Address information shall not be maintained in the court file, nor disclosed by the Clerk.

**IT IS FURTHER ORDERED** that Plaintiff shall serve upon Defendant (or upon defense counsel once an appearance is entered), a copy of every further pleading or other document submitted for consideration by the court. Plaintiff shall include with the original paper to be filed with the Clerk of the Court a certificate stating the date on which a true and correct copy of any document was mailed to Defendant or counsel. Any paper received by a district judge or magistrate judge that has not been filed with the Clerk or that fails to include a certificate of service will be stricken by the court.

**IT IS FURTHER ORDERED** that this cause is set for further scheduling procedures under Fed. R. Civ. P. 16 on **April 25, 2006, at 9:30 a.m. via video conference** before the Honorable Harold A. Baker, Senior U.S. District Judge. The Clerk is directed to give Plaintiff's place of confinement notice of the date and time of the conference, and to issue the appropriate process to secure the Plaintiff's presence at the conference.

**IT IS FURTHER ORDERED** that counsel for Defendant is hereby granted leave to depose Plaintiff at his place of confinement. Counsel for Defendant shall arrange the time for the deposition.

**IT IS FURTHER ORDERED** that Plaintiff immediately notify the court of any change in his mailing address and telephone number. Failure to notify the court of any change in the mailing address will result in dismissal of this lawsuit, with prejudice.

**IT IS FURTHER ORDERED** that the Clerk is to notify the parties of their option to consent to disposition of this case before a United States Magistrate Judge by providing Plaintiff with a magistrate consent form and accompanying court explanation. Upon receipt of a signed consent from Plaintiff, the Clerk is further directed to forward the consent to Defendant for consideration.

**IT IS FURTHER ORDERED** that the Clerk is directed to mail a copy of this order to Plaintiff's place of confinement, to the attention of the Trust Fund Office and the Records Office.

ENTER this 8th day of March 2006.

                                                    s/ DAVID G. BERNTHAL
                                                    U.S. MAGISTRATE JUDGE