RECEIVED
NOV 09 2005
U.S. CLERK'S OFFICE
URBANA, IL

ORIGINAL

E-FILED
Wednesday, 08 March, 2006  10:23:06 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

SHAWN ROBINSON )
        Plaintiff )
)
vs. )    Case No. 05-2251
)
WARDEN CHAMBERS )
OFFICER D. ATWOOD )     **FILED**
OFFICER CUNNINGHAM )
)    MAR 0 8 2006
        Defendant(s) )
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## COMPLAINT

■      42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐      28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐      Other _____

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, Shawn Robinson, #B33802, and states as follows:

My current address is: Big Muddy River Correctional Center, Box 900, Ina, illinois 62846.

The defendant Warden Chambers, is employed as Warden in charge of prison at Danville Correctional Center, Danville, Il.

The defendant Officer D. Atwood, is employed as 3-11 shift officer at Danville Correctional Center at Danville, Illinois.

The defendant Officer Cunningham, is employed as security officer for 4 House at Danville Correctional Center

The defendant _____, is employed as _____ at _____

(revised 9/96)

The defendant _____, is employed as _____
_____ at _____

Additional defendants and addresses _____
_____
_____
_____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?   Yes ☐   No ☒

If yes, please describe ___N/A_____
_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?
   Yes ☐   No ☒

C. If your answer to B is yes, how many? _N/A_ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

   1. Parties to previous lawsuit:

      Plaintiff(s)  ___N/A_____

      Defendant(s) _____
      _____

   2. Court (if federal court, give name of district; if state court, give name of county)
      ___N/A_____

   3. Docket Number/Judge ___N/A_____

2

4. Basic claim made _____N/A_____

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?) _____N/A_____

6. Approximate date of filing of lawsuit _____N/A_____

7. Approximate date of disposition _____N/A_____

For additional cases, provide the above information in the same format on a separate page.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?   Yes ☒   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?   Yes ☒   No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed?   Yes ☒   No ☐

*PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.*

## STATEMENT OF CLAIM

Place of the occurrence  Danville Correctional Center, Danville, Illinois

Date of the occurrence  June 8, 2005 and July 11, 2005.

Witnesses to the occurrence  Prisoner Jackson 4-B-53, Prisoner Don 4-B-61

*State here briefly the FACTS that support your case. Describe how EACH defendant is involved.*
*Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*
   *THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.*

Plaintiff Shawn Robinson, currently a prisoner at the Big Muddy River Correctional Center, brings this pro se civil rights action pursuant to 42 U.S.C. § 1983 that Defendants Warden Chambers, Officer D. Atwood and Officer Cunningham violated my constitutional rights by acting with gross deliberate indifference and wanton cruelty, violating color of law, retaliation.

1. On June 8, 2005, Plaintiff was on his work detail with co-worker at approximately 1:15 a.m., and was sent to chowhall to eat per Shift Commander. Upon entering chowhall and eating, assigned Defendant Officer D. Atwood was angry and stated "what the hell are you's doing in here" and asks for our identification cards. Plaintiff complained and Defendant Atwood threw the identification cards back stating "here, you stupid ass niggers".

This was reported to Shift Commander Smith, who in turn ordered Sergeant Dozier to write an incident report and other paperwork believed to write up Defendant Officer D. Atwood.

2. On June 9, 2005, Plaintiff was called to Internal Affairs and was questioned in regard to incident.

4

3. Plaintiff began being hurrassed by security officers who knew of the reported incident and were friends with Defendant D. Atwood, who apparently received reprimand. Plaintiff was being shaken down and remarks made at various places throughout the institution.

4. On July 11, 2005, Plaintiff was arriving to 4 House at 10:15 p.m. to perform duties of sanitizing showers, and upon entrance, Defendant Officer Cunningham began speaking to Plaintiff in a harsh tone, asking, Plaintiff of having contraband, and ordered Plaintiff to get against the glass, and before Plaintiff could comply, Defendant Officer Cunningham shoved Plaintiff hard and caused injury to Plaintiffs left wrist and forearm, continually making remarks. Plaintiff asked Control Booth Officer to telephone for the sergeant in charge, and Control Booth Officer advised Plaintiff with laughter that the telephone and radio did not work. Plaintiff was given permission to leave to get power washer at ADministration Building and siezed the opportunity to report incident to Sergeant Thompson in charge of House where incident took place. Sergeant Thompson in turn notified a Lieutenant Cunningham and Lieutenant Cunningham ordered Sergeant Thompson to make an incident report. Sergeant Thompson then escorts Plaintiff back to 4 House with powerwasher and began questioning control booth Officer about incident while immediately Defendant Cunningham asked Plaintiff for his identification card and Sergeant Thompson advises Plaintiff to comply.

5. Plaintiff was not allowed to go to healthcare to have his arm examined that has injury to this present day. The incident report caused Internal Affairs to summon me to their office the day after said incident. Plaintiff was asked if he feared for his life, if he wanted to be transferred, and Plaintiff responded that he did not want to be transferred because it would interfere with family visitations

6. Approximately three weeks later, Plaintiff was transferred out to a prison too far for Plaintiff to receive visits from his family. As a result of the transfer, Plaintiffs visitations of twice per week are now zero visits.

7. Defendants Atwood and Cunningham are responsible for all that happened to Plaintiff, and the court can see what happenes to a prisoner who is called a stupid nigger and reports it. Plaintiff ended up being hurrassed by others and eventually slammed up against a glass that caused injury. Defendant Cunningham was punishing the Plaintiff for his fellow officer being reprimanded, and obviously had no fear of punishment. Defendant Warden Chambers did not do what he should have done to keep his employees from doing this to others, and all defendants violated the color of law to allow this to happen in a prison where a prison worker was just trying to do his job.

WHEREFORE, Plaintiff prays this Honorable Court order a jury trial where witnesses will be called and asks for the following:

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

1. Plaintiff be awarded $25,000 in punitive damages.

2. Plaintiff be awarded $75,000 in compensatory damages for the pain, suffering and anguish and to deter employees from doing this to other prisoners.

3. Plaintiff be transferred to a prison closer to be able to receive visitations from his family that were taken away because of what the Defendants caused.

JURY DEMAND        Yes [x]        No [ ]

Signed this 3rd day of November, 2005.

*Shawn Robinson*
( Signature of Plaintiff)

Name of Plaintiff: ~~~~~~~~ & Shawn Robinson
Inmate Identification Number: B33802
Address: Box 900, INa, IL. 62846
Telephone Number: N/A

6