**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**Urbana Division**

| | |
|---|---|
| SHAWN ROBINSON, ) | |
|                     Plaintiff, ) | |
| v. ) | |
| ) | |
| JOHN CHAMBERS, sued as ) | |
| Warden Chambers, D ATWOOD, sued as ) | Case No. 05-2251 |
| Officer D. Atwood, and ) | |
| CUNNINGHAM, sued as Officer ) | |
| Cunningham, ) | |
|                     Defendants. ) | |

## SCHEDULING ORDER DIRECTING PERSONAL SERVICE

A Notice of Lawsuit and Waiver of Service was mailed on <u>March 8, 2006</u>, to the following defendant: <u>Cunningham, sued as Officer Cunningham</u>. As of the date of this order, a signed waiver for this defendant has not been returned, nor have any forwarding address been provided. The plaintiff has provided a completed U.S. Marshals service form.

**IT IS THEREFORE ORDERED** that the clerk is directed to prepare summons for Defendant Cunningham, as directed by the plaintiff, and to forward the marshal forms, summons, and sufficient copies of the complaint to the United States Marshals.

**IT IS FURTHER ORDERED THAT** the United States Marshal is directed to personally serve copies of the complaint and summons on the defendant listed above, pursuant to Federal Rule of Civil Procedure 4(c)(2). Costs of this service shall be assessed against the defendant listed above. A defendant may move to vacate this assessment by filing a motion showing good cause for his or her failure to comply with the request for waiver of service. Fed. R. Civ. P. 4(d)(G).

**IT IS FURTHER ORDERED** that the defendant listed above shall file an Answer within 20 days after service of process.

**IT IS FURTHER ORDERED** that this cause is set for further scheduling procedures under Fed. R. Civ. P. 16 on **June 13, 2006, at 9:15 a.m.** via **telephone conference**. The Clerk is directed to give Plaintiff's place of confinement notice of the date and time of the conference, and to issue the appropriate process to secure the Plaintiff's presence at the conference.

ENTER this 12th day of April, 2006.

                                                                               s/ DAVID G. BERNTHAL
                                                                                U.S. MAGISTRATE JUDGE