2:05-cv-02251-HAB-DGB    # 12    Page 1 of 1
AO 440 (Rev. 10/93) Summons in a Civil Action

E-FILED
Wednesday, 12 April, 2006 03:53:28 PM
Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

**SHAWN ROBINSON,**
**Plaintiff,**

vs.                                                           Case Number: **05-2251**

**C/O CUNNINGHAM,**
**Defendant**

TO:   C/O CUNNINGHAM
      3820 E. MAIN ST.
      DANVILLE, IL. 61834

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Shawn Robinson
B 33802
P. O. Box 900
Ina, IL. 62846

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service

s/JOHN M. WATERS, CLERK
JOHN M. WATERS, CLERK                    DATE: APRIL 11, 2006

s/K. Wynn
BY: DEPUTY CLERK