# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **SHAWN ROBINSON,** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| vs | ) | |
| | ) | **CASE NO. 05-2251** |
| **JOHN CHAMBERS, ET AL.,** | ) | |
| Defendant | ) | |

**TO: THE WARDEN of** BIG MUDDY RIVER CORRECTIONAL CENTER at INA, IL.

　　　　**WE COMMAND** that you produce the body of **SHAWN ROBINSON**, Register No. **B 33802**, who is in your custody at BIG MUDDY RIVER before the United States District Court on **TUESDAY, JUNE 13, 2006 AT 9:15 A.M.** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

　　　　**WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

　　DATED: MAY 3, 2006

　　　　　　　　　　　　　　　　　　JOHN M. WATERS, CLERK
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

　　　　　　　　　　　　　　　　　　BY:   s/K. Wynn
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk