IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| SHAWN ROBINSON, #B33802, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 05-2251 |
| ) | |
| WARDEN CHAMBERS, ) | |
| OFFICER D. ATWOOD, ) | |
| OFFICER CUNNINGHAM, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

NOW COMES Lisa Madigan, Attorney General for the State of Illinois, by Kelly R. Choate, Assistant Attorney General, State of Illinois, hereby enters her appearance on behalf of Defendant Chris Cunningham in the above cause.

        Respectfully submitted,

        LISA MADIGAN, Attorney General,
        State of Illinois

By:  s/ Kelly R. Choate
     Kelly R. Choate, #6269533
     Assistant Attorney General
     Attorney for Defendant
     500 South Second Street
     Springfield, Illinois  62706
     Telephone:  (217) 782-9026
     Facsimile:   (217) 524-5091
     E-Mail:  kchoate@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| SHAWN ROBINSON, #B33802, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 05-2251 |
| | ) | |
| WARDEN CHAMBERS, | ) | |
| OFFICER D. ATWOOD, | ) | |
| OFFICER CUNNINGHAM, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2006, I electronically filed a Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

None

and I hereby certify that on May 9, 2006, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

Shawn Robinson, #B33802
Big Muddy Correctional Center
251 North Illinois Highway 37
Post Office Box 900
Ina, Illinois  62846-1000

Respectfully Submitted,
 s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendant
500 South Second Street
Springfield, Illinois  62706
Telephone:  (217) 782-9026
Facsimile:   (217) 524-5091
E-Mail:  kchoate@atg.state.il.us