E-FILED
Monday, 15 May, 2006 01:13:34 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **SHAWN ROBINSON,** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| vs | ) | |
| | ) | **CASE NO. 05-2251** |
| **OFFICER CUNNINGHAM,** | ) | |
| Defendant | ) | |

**TO: THE WARDEN of** BIG MUDDY RIVER at INA, IL.

**WE COMMAND** that you produce the body of **SHAWN ROBINSON**, Register No. **B 33802**, who is in your custody at BIG MUDDY RIVER before the United States District Court on **TUESDAY, JUNE 13, 2006 AT 9:15 A.M.** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

**WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED: MAY 15, 2006

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY: s/K. Wynn
    Deputy Clerk