E-FILED
Tuesday, 16 May, 2006  03:41:30 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| SHAWN ROBINSON, #B33802, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 05-2251 |
| | ) | |
| WARDEN CHAMBERS, | ) | |
| OFFICER D. ATWOOD, | ) | |
| OFFICER CUNNINGHAM, | ) | |
| | ) | |
| Defendants. | ) | |

## ANSWER

NOW COMES the Defendant, CHRIS CUNNINGHAM, by and through his attorney, Lisa Madigan, Attorney General for the State of Illinois, and in answer to the complaint, submits the following:

## PARTIES

Defendant admits that Plaintiff is an inmate of the Illinois Department of Corrections, and was incarcerated within the Illinois Department of Corrections at the times alleged in the complaint.

Defendant admits that the current Warden of Danville Correctional Center is John Chambers.

Defendant lacks sufficient knowledge to either admit or deny the employment status of C/O Atwood.

Defendant admits he is employed as a Correctional Officer at Danville Correctional Center.

1

## STATEMENT OF CLAIM

Defendant Cunningham lacks sufficient knowledge to admit or deny whether the actions of any other person violated Plaintiff's constitutional rights, but denies any of his actions violated Plaintiff's constitutional rights.

1. Defendant lacks sufficient knowledge to either admit or deny the allegations in paragraph one.

2. Defendant lacks sufficient knowledge to either admit or deny the allegations in paragraph two.

3. Defendant lacks sufficient knowledge to either admit or deny the allegations in paragraph three.

4. Defendant admits that on or about July 11, 2005, at approximately 10:00 p.m., he ask Plaintiff if Plaintiff had any contraband, and then searched Plaintiff for contraband. Defendant admits that Plaintiff was identified by his identification card. Defendant admits he wrote Plaintiff a disciplinary report for insolence. Defendant denies the remaining allegations in this paragraph.

5. Defendant admits Plaintiff did not go to the Health Care Unit on July 10 or 11, 2005, but denies that Plaintiff had any injuries as a result of his interaction with Plaintiff. Defendant lacks knowledge to either admit or deny the content of any conversations between Plaintiff and Internal Affairs officers.

6. Defendant admits that Plaintiff was transferred to Big Muddy Correctional Center on August 10, 2005, but lacks sufficient knowledge to either admit or deny whether Plaintiff's family can visit him.

7.  Defendant denies the allegations in paragraph seven.

## RELIEF REQUESTED

Defendant denies that Plaintiff is entitled to any relief whatsoever.

## AFFIRMATIVE DEFENSE

1.  At all times relevant herein, Defendants acted in good faith in the performance of their official duties and without violating Plaintiff's clearly established statutory or constitutional rights of which a reasonable person would have known. Defendants are therefore protected from suit by the doctrine of qualified immunity.

Respectfully submitted,

CHRIS CUNNINGHAM,

Defendant,

LISA MADIGAN, Attorney General,
State of Illinois

By: s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendant
500 South Second Street
Springfield, Illinois  62706
Telephone:  (217) 782-9026
Facsimile:   (217) 524-5091
E-Mail:  kchoate@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| SHAWN ROBINSON, #B33802, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 05-2251 |
| | ) | |
| WARDEN CHAMBERS, | ) | |
| OFFICER D. ATWOOD, | ) | |
| OFFICER CUNNINGHAM, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2006, I electronically filed Defendant's Answer with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

None

and I hereby certify that on May 16, 2006, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

Shawn Robinson, #B33802
Big Muddy Correctional Center
251 North Illinois Highway 37
Post Office Box 900
Ina, Illinois  62846-1000

Respectfully Submitted,
 s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendant
500 South Second Street
Springfield, Illinois  62706
Telephone:  (217) 782-9026
Facsimile:   (217) 524-5091
E-Mail:  kchoate@atg.state.il.us