IN THE UNITED STATES DISTRICT COURT
CENTRAL DIVISION OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| Shawn Robinson, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 05-CV-2251 |
| vs. ) | |
| ) | Honorable: Harold A. Baker |
| C/O Cunningham, et. al., ) | Judge Presiding. |
| ) | |
| Defendants. ) | |
| ) | |

### Motion for Default Judgement

FILED
MAY 18 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLI*
URBANA, IL

Now Comes the Plaintiff, Shawn Robinson, Pro Se, and moves this Honoable Court, pursuant to the provisions of CDIL-LR 55 (A) for an order of default judgement against the Defendant in the above-entitled cause. In support there of, Plaintiff states the following:

1) That Defendant herein was served with a summons and a copy of the complaint for Dissolution of lawsuit by Plaintiff Shawn Robinson on the <u>12th</u> day of <u>April</u>, <u>2006</u>, and he has failed to respond to the summons within the time limit set forth therein.

2) Defendant has failed to comply or file an answer, executed on the <u>2</u> day of <u>May</u>, <u>2006</u>, wherein he explicitly consents to entry of an order of default against him for the relief requested in the complaint.

3) That it would be in the best interest of all the parties for the Court to enter a default judgement against the Defendant.

Wherefore, the Plaintiff, Shawn Robinson, Pro Se, respectfully prays that this Honorable Court will enter and issue an order finding the Defendant herein to be in default.

Respectfully Submitted,

*Shawn Robinson*
Shawn Robinson, Pro Se
P.O. Box 900
Ina, Illinois 62846

## Verification

I, Shawn Robinson, declare under the penalty of perjury, pursuant to 735 5/1-109, that I have read the foregoing: <u>Motion for Default Judgement</u>, and subscribed there to, and that all information contained there in is true and correct, except as to matters, alleged upon information and belief, and as to such matters, I verily believe them to be true to the best of my knowledge.

Signed or Attested on this 11th Day of May 2006, by Shawn Robinson

*Shawn Robinson*
Shawn Robinson

Notary Public

"OFFICIAL SEAL"
Jennifer L. Wilson
Notary Public, State of Illinois
My Commission Exp. 07/31/2008

- 2 -

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| Shawn Robinson,  )<br>  )<br>    Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>C/O Cunningham, et. al.,  )<br>  )<br>    Defendants.  )<br>  ) | Case No. 05-CV-2251 |

### Affidavit of Statement

I, Shawn Robinson, declares under penalty of perjury:

I am the Plaintiff in the above captioned cause. I make this declaration of the Defendant has defaulted for failure to comply with an Court order to answer the waiver of service of summon within the time limit set forth there in.

1) Plaintiff brought this claim against State Officials for Constitutional violations of his right and create a genuine issue of material facts, that the Plaintiff was not in a reasonable adequate safe healthy and none life threatening prison environment at all time, in the care, custody, and control of the Defendants at Danville Correctional Center. Henceforth called, (DCC) of Illinois Department of Corrections.

2) Which it entitle Plaintiff to Judgement, as explained in the brief submitted with this declaration.

### Introduction

1) That the aforementioned conduct by Defendant, Cunningham, was done under color of this authority and office as a Correctional Officer for the State of Illinois and violated 42 U.S.C. § 1983 in that he deprived Plaintiff of his Federal Eighth and

- 1 -

Fourteenth Amendment Constitutional rights to be free from cruel and unusual punishment.

2) The aforesaid actions of Defendant, Cunningham, were intentional, wilful and wanton, or deliberately indifferent to the safety and medical need of Plaintiff.

3) In the alternative, at all times material it was the duty of Defendant, Cunningham, to protect the Plaintiff from injury.

4) That the aforesaid actions of Defendant, Cunningham, were in breach of this aforesaid duty to Plaintiff and amounted to negligence.

5) As a direct and proximate result of the aforesaid civil rights violations by the Defendant, Cunningham, the Plaintiff was physically, emotionally and psychologically injured; sustained physical, emotional, psychological plain and suffering; and continue to suffer the same in the future.

Wherefore, the Plaintiff, Shawn Robinson, respectfully requests that this Court:

1) Award compensatory damages against the Defendant, Cunningham;

2) Award punitive damaged against the Defendant, Cunningham;

3) Award costs and reasonable attorneys fees pursuant to 42 U.S.C. § 1988; and

4) Grant all other relief to which the Plaintiff is entitled;

Respectfully Submitted,

*Shawn Robinson*
Shawn Robinson, Plaintiff, Pro Se.

IN THE
United States District Court
Central Division of Illinois
Springfield, Div.

Shawn Robinson
Plaintiff,

v.

C/o Cunningham
Defendant

Case No. 05-CV-2251

Honorable: Harold A Baker, Judge Presiding.

## PROOF/CERTIFICATE OF SERVICE

TO: Kelly R. Choate
Asst. Attorney General
500 South Second St.
Springfield, IL 62706

TO: ___

PLEASE TAKE NOTICE that on 5-11-06, 20 06, I have placed the documents listed below in the institutional mail at Big Muddy Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service:

Motion For Default Judgment

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 5-11-06

/s/ Shawn Robinson
NAME: Shawn Robinson
IDOC#: B33802
Big Muddy Correctional Center
P.O. BOX 900
Ina, IL 62846

Subscribed and sworn before me this 11th day of May, 2006.

NOTARY PUBLIC

"SEAL"
James E. Wilson
Notary Public, State of Illinois
My Commission Expires 07/31/2008

Revised Jan 2002