E-FILED
Thursday, 01 June, 2006  02:18:51 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| SHAWN ROBINSON, #B33802, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) ) No. 05-2251 |
| WARDEN CHAMBERS, OFFICER D. ATWOOD, OFFICER CUNNINGHAM, | ) ) ) ) ) |
| Defendants. | ) |

**MOTION FOR ENLARGEMENT OF TIME**

NOW COMES the Defendant, CHRIS CUNNINGHAM, by and through his attorney, Lisa Madigan, Attorney General for the State of Illinois, and pursuant to Federal Rule of Civil Procedure 6(b), hereby submits his motion for enlargement of time to respond to Plaintiff's motion for default. In support thereof, Defendant states as follows:

1. Plaintiff filed a motion for default judgment against the defendant.

2. Due to her schedule and unscheduled family obligations, the undersigned has been unable to complete the response to Plaintiff's motion for default.

3. This response is made in good faith and not for purpose of delay. Plaintiff should suffer no prejudice, as the defendant has already answered the complaint.

WHEREFORE, for the above and foregoing reasons, Defendant prays this

Honorable Court grant him an additional five (5) days, up to and including June 6, 2006, in which to file his response to Plaintiff's motion for default.

Respectfully submitted,

CHRIS CUNNINGHAM,

Defendant,

LISA MADIGAN, Attorney General,
State of Illinois

Attorney for Defendant,

By: s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendant
500 South Second Street
Springfield, Illinois 62706
Telephone: (217) 782-9026
Facsimile: (217) 524-5091
E-Mail: kchoate@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| SHAWN ROBINSON, #B33802, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) )  No. 05-2251 |
| WARDEN CHAMBERS, OFFICER D. ATWOOD, OFFICER CUNNINGHAM, | ) ) ) ) ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2006, I electronically filed Motion for Enlargement of Time with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

None

and I hereby certify that on June 1, 2006, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

Shawn Robinson, #B33802
Big Muddy Correctional Center
251 North Illinois Highway 37
Post Office Box 900
Ina, Illinois  62846-1000

Respectfully Submitted,
 s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendant
500 South Second Street
Springfield, Illinois  62706
Telephone:  (217) 782-9026
Facsimile:   (217) 524-5091
E-Mail:  kchoate@atg.state.il.us