IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| SHAWN ROBINSON, #B33802, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 05-2251 |
| | ) | |
| WARDEN CHAMBERS, | ) | |
| OFFICER D. ATWOOD, | ) | |
| OFFICER CUNNINGHAM, | ) | |
| | ) | |
| Defendants. | ) | |

**RESPONSE TO PLAINTIFF'S
MOTION FOR DEFAULT JUDGMENT**

NOW COMES the Defendant, CHRIS CUNNINGHAM, by and through his attorney, their attorney, Lisa Madigan, Attorney General for the State of Illinois, and in response to Plaintiff's Motion for Default Judgment [doc 18], states as follows:

1. Plaintiff submitted his complaint alleging excessive force and retaliation to the Court on November 9, 2005.

2. In its merit review order of January 20, 2006, the Court dismissed all of the defendants except Defendant Cunningham and ordered the defendant to file an answer within the time prescribed by Local Rule.

3. The complaint was filed on March 8, 2006 [9].

4. Request for waiver of service and notice of lawsuit was sent to "C/O Cunningham" on March 8, 2006 and the Court ordered an answer by May 8, 2006.

1

5. Information received in this Office by C/O Cunningham indicated he was served with the complaint on April 26, 2006, and an answer was filed on his behalf on May 16, 2006.

6. Plaintiff filed his Motion for Default Judgment on May 18, 2006.

7. The Prisoner Litigation Reform Act (42 U.S.C. Sect. 1997(e)(g) provides: (1)"Any defendant may waive the right to reply to any action brought by a prisoner confined in any jail, prison, or other correctional facility under section 1979 of the Revised Statutes of the United States (42 U.S.C. Section 1983) or any other federal Law.  Notwithstanding any other law or rule of procedure, such waiver shall not constitute an admission of the allegations contained in the complaint.  **No relief shall be granted to the plaintiff unless a reply has been filed** (emphasis added).

8. When a waiver of service of summons is sent to an employee of the Illinois Department of Corrections, that waiver is sent to the prison where the Plaintiff indicates the employee was employed.  However, in reality, the defendant may or may not still be employed or at work when the waiver is received.  Also, in many cases the Plaintiff does not have a complete name or description of the defendant and prison officials do not know which person is to be served.  In the instant case, the complaint listed "Officer Cunningham" as the defendant, without benefit of a first name.

9. Additionally, when the complaint and request for representation was received in this office, the only indication of service was the defendant's notification that he was served personally on April 16, 2006.  The Court's date for response of May 8, 2006 was therefore not calendared and was missed.

10.     In any case, the defendant must rely on prison officials to effectuate service, and should not be held to the date of the mailing of the waiver of service to the institution.  It is through no fault of his own that the defendant did not receive the complaint and waiver until April 26, 2006.

11.     Defendant Cunningham answered the complaint, and should not be defaulted for circumstances beyond his control.

WHEREFORE, for the above and foregoing reasons, Defendant Cunningham prays this Honorable Court deny Plaintiff's Motion for Default Judgment.

                    Respectfully submitted,

                    CHRIS CUNNINGHAM,

                      Defendant,

                    LISA MADIGAN, Attorney General,
                    State of Illinois

By:  s/ Kelly R. Choate
     Kelly R. Choate, #6269533
     Assistant Attorney General
     Attorney for Defendant
     500 South Second Street
     Springfield, Illinois  62706
     Telephone:  (217) 782-9026
     Facsimile:   (217) 524-5091
     E-Mail:  kchoate@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| SHAWN ROBINSON, #B33802, | ) |
|       Plaintiff, | ) |
|    -vs- | )   No. 05-2251 |
| WARDEN CHAMBERS,<br>OFFICER D. ATWOOD,<br>OFFICER CUNNINGHAM, | ) |
|       Defendants. | ) |

## CERTIFICATE OF SERVICE

    I hereby certify that on June 6, 2006, I electronically filed Response to Plaintiff's Motion for Default Judgment with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

    None

and I hereby certify that on June 6, 2006, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

    Shawn Robinson, #B33802
    Big Muddy Correctional Center
    251 North Illinois Highway 37
    Post Office Box 900
    Ina, Illinois  62846-1000

    Respectfully Submitted,
    s/ Kelly R. Choate
    Kelly R. Choate, #6269533
    Assistant Attorney General
    Attorney for Defendant
    500 South Second Street
    Springfield, Illinois  62706
    Telephone:  (217) 782-9026
    Facsimile:   (217) 524-5091
    E-Mail:  kchoate@atg.state.il.us