IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| SHAWN ROBINSON,<br>　　　　PLAINTIFF,<br><br>vs.<br><br>WARDEN CHAMBERS, OFFICER D.<br>ATWOOD, OFFICER CUNNINGHAM,<br>　　　　DEFENDANTS. | )<br>)<br>)<br>)  CASE NO. 05-2251<br>)<br>)<br>)<br>) |

FILED
JUN 09 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

**PLAINTIFF'S MOTION TO OBJECTION TO
DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

　　Now comes the Plaintiff, Shawn Robinson, pro se, by and through his Motion To Objection To Defendant's Motion For Enlargement Of Time, pursuant to General And Civil Rules 6.1, hereby submits his Motion to the Court to deny the Defendant's Motion For Enlargement Of Time, in support thereof, Plaintiff states as follows:

1) Plaintiff filed a Motion For Default Judgment against the Defendants for failure to comply with the Court Order, and failed to sign a Waiver Of Service within the time that was ordered.

2) Defendant now submits his Motion For Enlargement Of Time to Answer Plaintiff's Motion For Default Judgment.

3) With respect to the Motion, but the Defendant has failed to comply with a Court Order, to even answer the Complaint before the original deadline, therefor the Defendant never answered anything within the time therein.

4) Defendant's Attorney, on behalf of him, filed her appearance 7 days after the deadline, with no answers that was a direct order that the Defendant file his answer within 20 days, not after.

5) Defendant had from April 13, 2006, to May 2, 2006, to answer and respond to the Summons within the time limit set forth therein.

6) Defendant now seeks for the purpose of delaying this Court by filing such Motion, because of his Attorney's schedule and unscheduled family obligations which has not anything to do with the Defendant complying with a Court Order.

-1-

7) Therefore, the Defendant wishes the Plaintiff to suffer prejudice, as it will be/or would create a substantial injustice to the Plaintiff.

8) Defendant's farther failure to even file a Motion showing good cause for his failure to comply with any request or for Waiver Of Service.

9) Therefore, the Motion For Enlargement Of Time should be denied. The Defendant should be found in Default. And there should be entered a Default Judgment.

Respectfully submitted,

*Shawn Robinson*
Plaintiff, pro se
Shawn Robinson
B33802
Big Muddy River Correctional Center
251 North Illinois Hwy. 37
P.O. Box 900
Ina, IL 62846-1000

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| SHAWN ROBINSON,<br>      PLAINTIFF,<br><br>vs.<br><br>WARDEN CHAMBERS, OFFICER D.<br>ATWOOD, OFFICER CUNNING,<br>      DEFENDANTS. | CASE NO. 05-2251<br><br>Honorable Harold A. Baker<br>      Judge Presiding |

### CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2006, I filed an Objection To Defendant's Motion For Enlargement Of Time with the Clerk Of The Court, I mailed by United States Postal Service, the document(s) to the following Defendant and his Attorney.

    Kelly R. Choate, #6269533
    Assistant Attorney General
    Attorney for Defendant
    500 South Second Street
    Springfield, IL 62706

                          Respectfully submitted,

                          */s/ Shawn Robinson*
                          Plaintiff, pro se
                          Shawn Robinson
                          B33802
                          Big Muddy River Correctional Center
                          251 North Illinois Hwy. 37
                          P.O. Box 900
                          Ina, IL 62846-1000

IN THE
UNITED STATES DISTRICT COURT FOR THE CENTRAL
DISTRICT OF ILLINOIS, URBANA DIVISION

SHAWN ROBINSON, )
   Plaintiff, )
)
)  Case No. 05-2251
   v. )
)
WARDEN CHAMBERS, OFFICER D. ATWOOD, )
OFFICER CUNNINGHAM, )
   Defendant

## PROOF/CERTIFICATE OF SERVICE

TO: Kelly R. Choate     TO: Office of the Clerk
    Asst. Attorney General         U.S. District Court Central Div.
    500 South Second             201 South Vine Street, Rm. 218
    Springfield, IL 62706         Urbana, IL 61802-3348

PLEASE TAKE NOTICE that on ___June 6___, 20_06_, I have placed the documents listed below in the institutional mail at ___B.M.R.___ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service:

   PLAINTIFF'S MOTION TO OBJECTION TO DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 6/6/6

/s/ Shawn Robinson
NAME: Shawn Robinson
IDOC#: B33802
Big Muddy River Correctional Center
P.O. BOX 900
Ina, IL 62846

Subscribed and sworn before me this
_6_ day of _June_, _2006_

NOTARY PUBLIC

Revised Jan 2002