UNITED STATES DISTRICT COURT
CENTRAL DIVISION OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| SHAWN ROBINSON, <br>     PLAINTIFF, <br> <br> vs. <br> <br> C/O CUNNINGHAM, AND S. BENTON, <br> LT. MILES, C/O HERNANDEZ, <br>     DEFENDANT. | CASE NO. 05-CV-2251 <br> <br> Honorable Harold A. Baker <br>     Judge Presiding |

### MOTION FOR LEAVE TO FILE A SUPPLEMENTAL COMPLAINT

    Now comes the Plaintiff, Shawn Robinson, pro se, pursuant to F.R.C.P. Rule 15(d), and respectfully moves this Honorable Court for Leave to file a Supplemental Complaint with portions added to fully and completely state his 42 U.S.C. §1983 Civil Rights Complaint. In support thereof, Plaintiff states as follows:

1) Plaintiff is an inmate presently incarcerated in the Illinois Department of Corrections, at Big Muddy River Correctional Center, and has brought suit in this Court against Danville Prison officials alleging them with violations of his Rights to be free from cruel and unusual punishment when he deliberately denied his repeated requests for a reasonable safe, healthy, non-life threatening prison environment.

2) Presently Plaintiff has named as Defendant in his §1983 Action DOC Danville Prison officials c/o Cunningham, whose conduct and actions, Plaintiff alleges in his complaint violated his Constitutional Rights.

3) Plaintiff, by and through his supplemental complaint, now seeks to have named as Defendants, DOC Danville prison official, Lt. Miles, c/o Hernandez, both Internal Affairs and Sherry Benton, Administrative Review Board, Office of Inmate Issues, who, like the Defendant already named in Plaintiff's §1983 Civil Rights Complaint, conduct and actions violated his Right to be free from cruel and unusual punishment, when, as the prison official assigned to monitor inmate who alleges threats by officers or inmates, as in the Plaintiff's case he was threatened, harrassed, and injured, where he repeatedly requested on 7/11/05 were Internal Affairs summon Plaintiff to their office where Lt. Miles, and c/o Hernandez

FILED
JUN 27 2006
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

asked if Plaintiff feared for his life, while in Danville Correctional Center.

4) Plaintiff alleges that Danville prison official Internal Affairs, Lt. Miles, c/o Hernandez knew, or should have known that denying Plaintiff's repeated requests from harrassment of Defendant Cunningham, threats of serious injury to the Plaintiff that caused him irreperable harm violated Plaintiff's Right to be free from cruel and unusual punishment, and that did result in his suffering serious physical injury and substantial mental anguish, pain and suffering.

5) Plaintiff also alleges that Administrative Review Board, Sherry Benton, of Inmate Issues, also failed to take appropriate action against Defendant Cunningham, to protect Plaintiff from body harm when she knew or should have known from the several incident reports regarding the Defendant punishing the Plaintiff by intentionally bring him bodily harm, which she failed to take any or any adequate action to protect the Plaintiff.

6) That in response to Plaintiff's grievance, Sherry Benton denied Plaintiff grievance on the Misconduct of Defendant Cunningham that violated 42 U.S.C.§1983, in that she deprived Plaintiff of his State and Federal Eighth and Fourteenth Amendment Constitutional Rights to be free from cruel and unusual punishment.

7) Plaintiff states that the Defendant will not be prejudiced by the filing and allowance of this Supplemental complaint at the stage of the cause of action.

8) Further, the best ends of Justice would be served in this case if this Court grants Plaintiff Leave to file this Supplemental Complaint, to name as Defendants, Danville Prison Officials; Lt. Miles, c/o Hernandez, and Administrative Review Board Sherry Benton, also Plaintiff asserts, to avoid his having to file another, separate §1983 Civil Action against Lt. Miles, c/o Hernandez and Sherry Benton, whose conduct and actions complained of herein, arose out of the same events giving rise to the instant §1983 Civil Rights Complaint.

WHEREFORE, Plaintiff prays that this Honorable Court for the foregoing reasons, will grant him Leave to file this Supplemental Complaint.

Respectfully submitted,

*Shawn Robinson*
Plaintiff-pro se
Shawn Robinson  #B33802
Big Muddy River Correctional Center
P.O. Box 900
Ina, IL 62846

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DIVISION OF ILLINOIS
URBANA DIVISION

SHAWN ROBINSON, )
Plaintiff, )
)
) Case No. 05-CV-2251
v. )
) Honorable Harold A. Baker
C/O CUNNINGHAM, ) Judge Presiding
Defendant )

## PROOF/CERTIFICATE OF SERVICE

TO: United States District Court      TO: Kelly R. Choate
Central District of Illinois          Asst. Attorney General
~~Office of the Clerk~~               500 South Second St.
201 S. Vine St.                       Springfield, IL 62706
Room 218
~~Urbana, IL 61802~~

PLEASE TAKE NOTICE that on ___June 22___, 20_06_, I have placed the documents listed below in the institutional mail at __B.M.R.__ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service:

MOTION FOR LEAVE TO FILE A SUPPLEMENTAL COMPLAINT

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 6/22/06

/s/ Shawn Robinson
NAME: Shawn Robinson
IDOC#: B33802

Subscribed and sworn before me this
22 day of June, 2006

NOTARY PUBLIC

Big Muddy River Correctional Center
P.O. BOX 900
Ina, IL 62846

Revised Jan 2002



**Illinois Department of Corrections**

Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

September 7, 2005

Shawn Robinson
Register No. B33802
Big Muddy River Correctional Center

Dear Mr. Robinson:

This is in response to your grievance received on August 30, 2005, regarding Staff Conduct (Officer Cunningham Badge #49449 7/11/05 and Control Booth Sgt. 7/11/05), which was alleged to have occurred at Danville Correctional Center. This office has determined the issue will be addressed without a formal hearing.

This office has reviewed your written grievance dated August 20, 2005 regarding allegations that Officer Cunningham, while doing a shakedown of your person, shoved you up against the glass and yelled at you. You further claim that the control booth officer (Sgt.'s name unknown), laughed as he watched and stated he couldn't call anyone to assist you, as his radio was broken. You further claim that you were retaliated against by being transferred out.

This office spoke with Danville Internal Affairs Staff on this issue and reviewed several incident reports regarding this issue.

Based on available information and in accordance with Department Rule 504.850, this office has determined that the grievance is denied, as charges of staff misconduct could not be substantiated and transfers are an administrative decision.

FOR THE BOARD: _____
Sherry Benton
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____
Roger E. Walker Jr.
Director

cc: Warden Gregory Lambert, Big Muddy River Correctional Center
Shawn Robinson, Register No. B33802