E-FILED
Friday, 28 July, 2006 11:59:23 AM
Clerk, U.S. District Court, ILCD

# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Shawn Robinson #B33082 | 05-2251 |
| DEFENDANT | TYPE OF PROCESS |
| Officer Cunningham | |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Officer Cunningham

**AT** — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

Danville Correctional Center Box 4001 Danville, IL. 61834

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Shawn Robinson B33802
Big Muddy River C.C.
Box 900
INa, IL. 62846

| | |
|---|---|
| Number of process to be served with this Form - 285 | 3 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | 3 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

FILED
JUL 27 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Signature of Attorney or other Originator requesting service on behalf of:  ■ PLAINTIFF  □ DEFENDANT

x Shawn Robinson    TELEPHONE NUMBER: N/A    DATE: 11/15/05

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| | 26 | 4 | Gregg | 4/18/6 |

☑ I hereby certify and return that I □ have personally served, □ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

□ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Jim Marshall - Supervisor

Address (complete only if different than shown above):

□ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 4/26/06    Time: 1115 am

Signature of U.S. Marshal or Deputy: USM J Novinok

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS: Served - 2 Hours 1 Dism ($90.00); 64 miles R.T. ($25.92 JN)

PRIOR EDITIONS MAY BE USED    1. CLERK OF THE COURT    FORM USM-285 (Rev. 12/15/80)