IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| SHAWN ROBINSON, #B33802, | ) |
| Plaintiff, | ) |
| -vs- | ) No. 05-2251 |
| WARDEN CHAMBERS, OFFICER D. ATWOOD, OFFICER CUNNINGHAM, | ) |
| Defendants. | ) |

**MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO PRODUCTION REQUEST**

NOW COMES the Defendant, CHRIS CUNNINGHAM, by and through his attorney, Lisa Madigan, Attorney General for the State of Illinois, and pursuant to Federal Rule of Civil Procedure 34(b), hereby submits his motion for enlargement of time to respond to Plaintiff's Request for Production of documents. In support thereof, Defendant states as follows:

    1.    Plaintiff served upon Defendant Cunningham, a request for production of documents.

    2.    The documents requested are not in the possession, custody or control of Defendant Cunningham. However, the undersigned has requested documents from Danville Correctional Center, where the allegations of this case arose, and from Big Muddy River Correctional Center, where Plaintiff is currently incarcerated and where his master and medical files are maintained.

3. To date, no documents responsive to the request have been received, and defendant requests an additional twenty-one (21) days in which to receive any documents, for counsel to review the documents, and for the documents to be produced to Plaintiff, or objections made.

WHEREFORE, for the above and foregoing reasons, Defendant prays this Honorable Court grant his motion for enlargement of time, up to and including November 6, 2006, in which to respond to Plaintiff's Request for Production of Documents.

Respectfully submitted,

CHRIS CUNNINGHAM,

Defendant,

LISA MADIGAN, Attorney General,
State of Illinois

By: s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendant
500 South Second Street
Springfield, Illinois  62706
Telephone:  (217) 782-9026
Facsimile:   (217) 524-5091
E-Mail:  kchoate@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |  |
|---|---|---|
| SHAWN ROBINSON, #B33802, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 05-2251 |
| | ) | |
| WARDEN CHAMBERS, | ) | |
| OFFICER D. ATWOOD, | ) | |
| OFFICER CUNNINGHAM, | ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2006, I electronically filed a Motion for Enlargement of Time to Respond to Production Request with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

None

and I hereby certify that on October 16, 2006, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

Shawn Robinson, #B33802
Big Muddy Correctional Center
251 North Illinois Highway 37
Post Office Box 900
Ina, Illinois  62846-1000

Respectfully Submitted,
 s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendant
500 South Second Street
Springfield, Illinois  62706
Telephone:  (217) 782-9026
Facsimile:   (217) 524-5091
E-Mail:  kchoate@atg.state.il.us