E-FILED
Wednesday, 07 March, 2007 10:26:55 AM
Clerk, U.S. District Court, ILCD



**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

September 7, 2005

Shawn Robinson
Register No. B33802
Big Muddy River Correctional Center

Dear Mr. Robinson:

This is in response to your grievance received on August 30, 2005, regarding Staff Conduct (Officer Cunningham Badge #49449 7/11/05 and Control Booth Sgt. 7/11/05), which was alleged to have occurred at Danville Correctional Center. This office has determined the issue will be addressed without a formal hearing.

This office has reviewed your written grievance dated August 20, 2005 regarding allegations that Officer Cunningham, while doing a shakedown of your person, shoved you up against the glass and yelled at you. You further claim that the control booth officer (Sgt.'s name unknown), laughed as he watched and stated he couldn't call anyone to assist you, as his radio was broken. You further claim that you were retaliated against by being transferred out.

This office spoke with Danville Internal Affairs Staff on this issue and reviewed several incident reports regarding this issue.

Based on available information and in accordance with Department Rule 504.850, this office has determined that the grievance is denied, as charges of staff misconduct could not be substantiated and transfers are an administrative decision.

FOR THE BOARD: _____
Sherry Benton
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____
Roger E. Walker Jr.
Director

cc: Warden Gregory Lambert, Big Muddy River Correctional Center
    Shawn Robinson, Register No. B33802