IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| SHAWN ROBINSON, #B33802, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 05-2251 |
| | ) | |
| WARDEN CHAMBERS, | ) | |
| OFFICER D. ATWOOD, | ) | |
| OFFICER CUNNINGHAM, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR ENLARGEMENT OF TIME**

NOW COMES the Defendant, CHRIS CUNNINGHAM, by and through his attorney, Lisa Madigan, Attorney General for the State of Illinois, and pursuant to Federal Rule of Civil Procedure 6(b), hereby submits his motion for enlargement of time to file a dispositive motion. In support thereof, defendant states as follows:

1.   Dispositive motions are due in this case on June 15, 2007.

2.   Since May 1, 2007, the undersigned has participated in approximately ten (10) depositions in Robinson v. Moran, et al., USDC CD Ill. No. 06-3058, seven of which were out of town, and has prepped and tried the case of Lehn v. Bryant, et al., USDC CD Ill. No. 04-3100. She will also be out of town on June 15, 2007 to prep for trial in Muhammad v. Spiller, et al., USDC SD Ill. No. 03-515 that begins on June 19, 2007 in E. St. Louis. The trial is scheduled for three to four days. The undersigned will also be in trial in Lavin v. Snyder, et. al., USDC CD Ill. No. 03-503, beginning on June 26, 2007 and in

1

<u>Semla v. Snyder, et al.</u>, USDC SD Ill. No. 03-15, on July 3, 2007. Also, the undersigned has been out of the office since May 1, 2007, for five days for family obligations.

    3.    Because of her busy schedule, the undersigned has not been able to depose the plaintiff at Big Muddy Correctional Center where he is currently housed, and would require an additional thirty-one days, up to and including July 15, 2007, in which to depose the plaintiff and complete her motion for summary judgment.

    4.    This request is made in good faith and not for purpose of delay. Additionally, Plaintiff should suffer no prejudice from this delay, as the next deadline in this case is the final pre-trial order deadline of October 29, 2007. An enlargement in the dispositive motion deadline would not affect the final pre-trial or trial date already set by the court.

WHEREFORE, for the above and foregoing reasons, Defendant prays this Honorable Court grant his motion for enlargement of time, up to and including July 15, 2007, to file his dispositive motion.

                              Respectfully submitted,

                              CHRIS CUNNINGHAM,

                                Defendant,

                              LISA MADIGAN, Attorney General,
                              State of Illinois

By:  s/ Kelly R. Choate
      Kelly R. Choate, #6269533
      Assistant Attorney General
      Attorney for Defendant
      500 South Second Street
      Springfield, Illinois 62706
      Telephone: (217) 782-9026
      Facsimile: (217) 524-5091
      E-Mail: kchoate@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| SHAWN ROBINSON, #B33802, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 05-2251 |
| | ) | |
| WARDEN CHAMBERS, | ) | |
| OFFICER D. ATWOOD, | ) | |
| OFFICER CUNNINGHAM, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 15, 2007, I electronically filed a Motion for Enlargement of Time with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

None

and I hereby certify that on June 15, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

Shawn Robinson, #B33802
Big Muddy Correctional Center
251 North Illinois Highway 37
Post Office Box 900
Ina, Illinois  62846-1000

Respectfully Submitted,
 s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendant
500 South Second Street
Springfield, Illinois  62706
Telephone:  (217) 782-9026
Facsimile:   (217) 524-5091
E-Mail:  kchoate@atg.state.il.us
