IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

SHAWN ROBINSON,
    PLAINTIFF,
-VS-
WARDEN CHAMBERS,
OFFICER D. ATWOOD,
OFFICER CUNNINGHAM,
    DEFENDANTS,

NO. 05-2251



FILED
JUL -6 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

## MOTION TO OPPOSE DEFENDANT MOTION FOR ENLARGEMENT OF TIME

NOW COMES THE PLAINTIFF, SHAWN ROBINSON, BY AND THROUGH HIS MOTION, AND PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE HEREBY SUBMITS HIS MOTION TO OPPOSE DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME. IN SUPPORT THEREOF, PLAINTIFF STATES AS FOLLOWS:

1. DISPOSITIVE MOTION WERE DUE IN THIS CASE ON JUNE 15, 2007 AND THE DEFENDANT HAVE NOT MET THE DEADLINE DATE. JUST AS OTHERS DEADLINE THEY DID NOT HOLD UP TO THE STANDARD OF THE COURT ORDER THAT WAS ESTABLISH BY THIS COURT.

2. THE DEFENDANT HAS ALSO FAILED TO FILE A TIMELY MOTION FOR A ENLARGEMENT OF TIME. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 6.1 AND KNOW OR SHOULD HAVE KNOWN THE PROCEDURE THAT YOU CAN NOT FILE A MOTION FOR ENLARGEMENT OF TIME ON OR AFTER THE DEADLINE DATE.

3. THAT THE DEFENDANT DID NOT MAKE A TIMELY MOTION NORE WAS IT IN GOOD FAITH, THE DEFENDANT ATTORNEY OBLIGATIONS IS TO THIS CASE, AND HAD TIME TO FILE A MOTION FOR AN ENLARGEMENT BEFORE THE DEADLINE DATE.

4. DEFENDANT SHOULD KNOW THAT PLAINTIFF WILL SUFFER PREJUDICE FROM THIS DELAY REGARDLESS OF THE NEXT DEADLINE IN THIS CASE. DEFENDANT KNOW IF THE PLAINTIFF MISS A DEADLINE THE COURT'S WILL DISMIS HIS MOTION FOR FAILURE TO PERFORM EXPECTED ACTION IN THIS CASE.

5. THEREFORE IT IS A DELAY IN THE COURT'S TIME AND A FAILURE FOLLOW THE FEDERAL RULE OF CIVIL PROCEDURE THEREFORE THE DEFENDANT MOTION SHOULD NOT BE GRANTED.

WHEREFORE, FOR THE ABOVE AND FOREGOING REASONS, PLAINTIFF PRAYS THIS HONORABLE COURT DO NOT GRANT DEFENDANT MOTION FOR ENLARGEMENT OF TIME.

X Shawn Robinson
SHAWN ROBINSON
PLAINTIFF, PRO SE,
BIG MUDDY CORRECTIONAL
CENTER, P.O. BOX 900
INA, IL 62846-1000

Signed before me
the 3rd day of July
2007.
Angela Winsor

OFFICIAL SEAL
ANGELA WINSOR
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/10/10

(2)

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

SHAWN ROBINSON, B-33802    )
    PLAINTIFF,    )
                     )
_VS_    )   CASE NO. 05-2251
                     )
WARDEN CHAMBERS,    )
OFFICER D. ATWOOD,    )
OFFICER CUNNING,    )
    Defendants,.    )

## CERTIFICATE OF SERVICE
## NOTICE OF FILING

I Shawn Robinson, hereby certify that on June 26th, 2007. I filed An Objection To Defendant Motion For Enlargement Of Time with the clerk of the court, I mailed by United States Postal Service at the Big Muddy River Correctional center, fowarding a copy of the same to the following defendant and his attorney.

Kelly R. Choate, 06269533
Assistant Attorney General
Attorney for Defendant
500 South Second St.
Springfield, Illinois 62706

Respectfully Submitted

X Shawn Robinson
Shawn Robinson, B-33802
Post Office Box 900
Ina, Illinois 62846

SUBSCRIBED AND SWORN BEFORE ME THIS
3 DAY OF July, 2007.
NOTARY PUBLIC

OFFICIAL SEAL
ANGELA WINSOR
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/10/10

IN THE
UNITED STATES DISTRICT COURT FOR THE CENTRAL
DIETRICT OF ILLINOIS, URBANA DIVISION

SHAWN ROBINSON                      )
Plaintiff,                          )
                                    )  Case No. 05-2251
        v.                          )
WARDEN CHAMBERS, OFFICER D. ATWOOD, )
OFFICER CUNNINGHAM,                 )
Defendant

## PROOF/CERTIFICATE OF SERVICE

TO: Kelly R. Choate                    TO: Office of the Clerk
    Asst. Attorney General                 U.S. District Court Central Div.
    500 South Second                       201 South Vine Street, Rm 218
    Springfield, Il 62706                  Urbana, Il 61802-3348

PLEASE TAKE NOTICE that on ___June 26th___, 20_07_, I have placed the documents listed below in the institutional mail at ___B.M.R.___ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service:

PLAINTIFF'S MOTION TO OBJECT TO DEFENDANTS MOTION FOR ENLARGEMENT OF TIME.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 7/3/7                           /s/ Shawn Robinson
                                      NAME: Shawn Robinson
Subscribed and sworn before me this   IDOC#: B-33802
_3_ day of _July_, _2007_.            Big Muddy R Correctional Center
_Angela Winsor_                       P.O. BOX 900
NOTARY PUBLIC                                Ina          , IL 62846

OFFICIAL SEAL
ANGELA WINSOR
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/10/10

Revised Jan 2002