IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| SHAWN ROBINSON, #B33802, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 05-2251 |
| | ) | |
| WARDEN CHAMBERS, | ) | |
| OFFICER D. ATWOOD, | ) | |
| OFFICER CUNNINGHAM, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR SUMMARY JUDGMENT**

NOW COMES the Defendant, CHRIS CUNNINGHAM, by and through his attorney, Lisa Madigan, Attorney General for the State of Illinois, and pursuant to Fed. R. Civ. P. 56, respectfully submits his motion for summary judgment. In support of the foregoing, Defendant states as follows:

1. The undisputed material facts in this case show any force used against Plaintiff on July 10, 2005 was de minimus and in the furtherance of a legitimate penological objective.

2. Plaintiff cannot sustain a claim of retaliation on the facts in this case.

3. Defendant Cunningham is entitled to qualified immunity.

4. The statement of material facts claimed to be undisputed and the memorandum of law in support of the foregoing are attached hereto and incorporated herein.

1

WHEREFORE, for the above and foregoing reasons, Defendant prays this Honorable Court grant his motion for summary judgment.

        Respectfully submitted,

        CHRIS CUNNINGHAM,

          Defendant,

        LISA MADIGAN, Attorney General,
        State of Illinois

By:  s/ Kelly R. Choate
     Kelly R. Choate, #6269533
     Assistant Attorney General
     Attorney for Defendant
     500 South Second Street
     Springfield, Illinois 62706
     Telephone: (217) 782-9026
     Facsimile: (217) 524-5091
     E-Mail: kchoate@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| SHAWN ROBINSON, #B33802, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 05-2251 |
| | ) | |
| WARDEN CHAMBERS, | ) | |
| OFFICER D. ATWOOD, | ) | |
| OFFICER CUNNINGHAM, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2007, I electronically filed a Motion for Summary Judgment with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

None

and I hereby certify that on July 13, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

Shawn Robinson, #B33802
Big Muddy Correctional Center
251 North Illinois Highway 37
Post Office Box 900
Ina, Illinois  62846-1000

Respectfully Submitted,
 s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendant
500 South Second Street
Springfield, Illinois  62706
Telephone:  (217) 782-9026
Facsimile:   (217) 524-5091
E-Mail:  kchoate@atg.state.il.us