E-FILED
Monday, 06 August, 2007  10:57:15 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

SHAWN ROBINSON,
        PLAINTIFF,

        -VS-                                    NO. 05-2251

WARDEN CHAMBERS,
OFFICER D. ATWOOD,
OFFICER CUNNINGHAM,
        DEFENDANTS,



FILED

AUG -6 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINO
URBANA, IL

PLAINTIFF RESPONSE TO DEFENDANTS
MOTION FOR SUMMARY JUDGMENT

NOW COMES PLAINTIFF, SHAWN ROBINSON, PRO SE, AND PRESENTS THE
INSTANT RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

RESPONSE

• THIS INCIDENT AT ISSUE IN THIS CASE TOOK PLACE
ON JULY 10, 2005 ON THE 3-11 SHIFT, PLAINTIFF WORK ASSIGNMENT.
        • PLAINTIFF ADMITS HE TOLD DEFENDANT CUNNINGHAM HE
COULD SHAKE HIM DOWN IF HE WANT TO, BUT DEFENDANT CUNNINGHAM
USED UNNECESSARY FORCE WHEN HE TOLD PLAINTIFF THE SECOND TIME
TO GET UP AGAINST THE GLASS, WHILE PLAINTIFF WAS COMPLYING
DEFENDANT CUNNINGHAM PUSHED PLAINTIFF AGAINST THE GLASS CAUSING
INJURY TO PLAINTIFF LEFT FINGER AND RIGHT ELBOW AS HE TRIED
TO CATCH HIS BALANCE
        • PLAINTIFF ASKED OFFICER THOMPSON WHO WAS IN THE
CONTROL ROOM TO CALL A SERGEANT OR LIEUTENANT, HE STATED TO ME
THAT HIS RADIOS AND TELEPHONES AIN'T WORKING, BUT WHEN
PLAINTIFF NEEDED TO GO TO THE ADMINISTRATION BUILDING OFFICER
THOMPSON GAVE PLAINTIFF PERMISSION TO LEAVE AND GET ████ WORK ITEMS
WERE PLAINTIFF SIEZED THE OPPORTUNITY AND RAN INTO SERGEANT
THOMPSON, AND PLAINTIFF TOLD THE SERGEANT WHAT JUST HAPPEN.

1.

. PLAINTIFF WERE ESCORTS BACK TO FOUR HOUSE WERE INCIDENT TOOK PLACE, BY SERGEANT THOMPSON WHO NOTIFIED A LIEUTENANT CUNNINGHAM THAT ADVISED LIEUTENANT J. BROWN WHO REQUESTED THAT SERGEANT THOMPSON BRING C/O CUNNINGHAM TO THE WARDEN OFFICE AND HAVE C/O HUNT AND C/O THOMPSON DO A DC 434 INCIDENT REPORT.

. DEFENDANT CUNNINGHAM AND OTHER STAFF WERE ADVISED ON PROPER SHAKEDOWN PROCEDURE.

### AFFIDAVIT IN OPPOSITION TO SUMMARY JUDGMENT MOTION

I SHAWN ROBINSON, DECLARES UNDER PENALTY OF PERJURY I AM THE PLAINTIFF IN THE ABOVE CAPTIONED CAUSE. I MAKE THIS DECLARATION IN OPPOSITION TO DEFENDANT MOTION FOR SUMMARY JUDGMENT ON MY CLAIM CONCERNING VIOLATION OF MY RIGHTS TO THE FIRST AND EIGHTH AMENDMENTS, WHEN THE DEFENDANT USED UNNECESSARY AND UNCONSTITUTIONAL FORCE AGAINST THE PLAINTIFF IN RETALIATION FOR ANOTHE OFFICER.

. WHEREFORE, FOR THE REASONS MENTIONED IN THE INSTANT AFFIDAVIT, THE PLAINTIFF MOVES THIS HONORABLE COURT TO DENY DEFENDANTS MOTION FOR SUMMARY JUDGMENT.

Signed before me this

End Day of Aug., 2007

"OFFICIAL SEAL"
Jennifer L. Wilson
Notary Public, State of Illinois
My Commission Exp. 07/31/2008

RESPECTFULLY SUBMITTED,

SS/ Shawn Robinson
PLAINTIFF, PRO SE,

2.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

SHAWN ROBINSON,                          )
                                         )     Case No. 05-CV-2251
        Plaintiff,                       )
                                         )     Honorable: Harold A. Baker
-V-                                      )     Presiding Judge.
                                         )
OFFICER CUNNINGHAM, ET. AL.,             )
                                         )
        Defendants.                      )
                                         )

## NOTICE OF FILING

Lisa Madigan
Attorney General
State of Illinois
500 South second Street
Springfield, Illinois 62706

        Please take notice that on 8/31 ,2007, Plaintiff,

Pro Se, in the above captianed case, filed to the Attorney

General office the attached  **Response to defendants motion for**

**summary judgement.**

                                    /s/ _Shawn Roberson_
                                         Plaintiff, Pro Se.
                                         Shawn Roberson, B-33802
                                         Post Office Box 900
                                         Ina, Illinois 62846

## CERTIFICATE OF SERVICE

        Wherefore, plaintiff swears under penalty that a copy of the

foregoing matter was served upon above named at the address stated

by deposing same in the mail at Big Muddy Correctional Center, P.O.

Box 900, Ina Illinois 62846 on 8/3 ,2007

                                    /s/ _Shawn Roberson_
                                         Shawn Robinson

SUBSCRIBED AND SWORN TO BEFORE

ME THIS 2nd DAY OF Aug ,2007

Notary Public _____

"OFFICIAL SEAL"
Jennifer L. Wilson
Notary Public, State of Illinois
My Commission Exp. 07/31/2008