IN THE
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

SHAWN ROBINSON,                )
       PLAINTIFF,          )
                               )
vs.                            )   CASE NO. 05-CV-2251
                               )   Honorable Harold A. Baker
WARDEN CHAMBERS, OFFICER D. ATWOOD, )   Judge Presiding.
OFFICER CUNNINGHAM, et al.,    )
       DEFENDANTS.         )

MOTION TO ADMIT PLAINTIFF'S LIST OF WITNESSES TO CALL

Officer R. Hunt
Officer, Sergeant Thompsen
Warden J. Chambers
Officer, Sergeant Dozier
Officer, Lt. Cunningham
Officer, Lt. J. Brown
Officer M. Thompson
ARB Sherry Benton
Officer, Lt. Miles
Officer Hernandez

FILED
OCT 26 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

The individuals names are listed to be called on the condition of their knowledge of the alleged incidents that the Plaintiff indicated in his Complaint, as well as documents that indicate that these individuals had knowledge of the incident that was reported.

Shawn Robinson
P.O. Box 900
Ina, IL 62846

Subscribed and Sworn before me this ___ day of OCT, 2007.

_____
NOTARY PUBLIC

Jennifer L. Wilson
Notary Public, State of Illinois
My Commission Exp. 07/31/2008

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

SHAWN ROBINSON,  )
  )  Case No. 05-CV-2251
   Plaintiff,  )
  )  Honorable: Harold A. Baker
-V-  )  Presiding Judge.
  )
OFFICER CUNNINGHAM, ET. AL.,  )
  )
   Defendants.  )

## NOTICE OF FILING

Lisa Madigan
Attorney General
State of Illinois
500 South second Street
Springfield, Illinois 62706

Clerk of the Court
Central District of Illinois
United States District Court
201 S Vine St, Room 218
Urbana, IL 61802

Please take notice that on ___10/24___, 2007, Plaintiff, Pro Se, in the above captaioned case, filed to the Attorney General office the attached MOTION TO ADMIT PLAINTIFF'S WITNESSES TO CALL.

/s/ *Shawn Roberson*
Plaintiff, Pro Se.
Shawn Roberson, B-33802
Post Office Box 900
Ina, Illinois 62846

## CERTIFICATE OF SERVICE

Wherefore, plaintiff swears under penalty that a copy of the foregoing matter was served upon above named at the address stated by deposing same in the mail at Big Muddy Correctional Center, P.O. Box 900, Ina Illinois 62846 on ___October 24___, 2007

/s/ *Shawn Roberson*
Shawn Robinson

SUBSCRIBED AND SWORN TO BEFORE
ME THIS __24__ DAY OF __Oct__, 2007
Notary Public _____

Jennifer L. Wilson
Notary Public, State of Illinois
My Commission Exp. 07/31/2008