Date: January 2, 2008

TO: U.S. Central District Court Clerk

FROM: Shawn Robinson-B33802

RE: Status Report, Case Number  2:05-cv-2251

**FILED**
JAN - 4 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

Dear Clerk,

I am writing regarding the above mentioned case and would like to have a <u>**STATUS REPORT**</u> concerning my pending case at bar.

I will appreciate it immensely if the Clerk of this Court forward me a status report as soon as possible. Thank you in advance for your service and attention.

Sincerely,

/S/ *Shawn Robinson*
Shawn Robinson
B33802
P.O. Box 900
Ina, IL 62846

Signed before me this 2nd Day of Jan., 2008.

"OFFICIAL SEAL"
Jennifer L. Wilson
Notary Public, State of Illinois
My Commission Exp. 07/31/2008