## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**SHAWN ROBINSON**,
Plaintiff,

vs.                                                                 Case Number:   **05-2251**

**WARDEN CHAMBERS, ET AL,**
**Defendants.**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the defendants and against the plaintiff.  The parties to bear their own costs.

ENTER this 28th day of February 2008.


s/Pamela E. Robinson, Clerk

PAMELA E. ROBINSON, CLERK



s/K. Wynn
BY:  DEPUTY CLERK

AO 450 (Rev. 5/85) Judgment in a Civil Case

AO 450 (Rev. 5/85) Judgment in a Civil Case